# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| STARR INDEMNITY AND LIABILITY COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  Docket No. 1:22-cv-00031-NT ) |
| WHITING-TURNER CONTRACTING COMPANY, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order on Plaintiff's Motion for Summary Judgment entered by U.S. District Judge Nancy Torresen on February 20, 2025,

JUDGMENT is hereby entered for the Plaintiff, Starr Indemnity and Liability Company and against Defendant, Whiting-Turner Contracting Company.

        CHRISTA K. BERRY
        CLERK

    By:  /s/ Stacey Graf
           Deputy Clerk

Dated: February 20, 2025